GREEVES, PRICE & ROETHLER, PLC
BY: Douglas B. Price, SBA # 7720
2151 E. Broadway Road, Suite 116
Tempe, Arizona  85282
PHONE (480) 345-8100  FAX (480) 345-8134

Attorney for Plaintiffs/Debtors


IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | |
| WILLIAM LAWRENCE PECK and ) | Case No. 2:09-25854 SSC |
| BARBARA CARRELL CHURCH-PECK, ) | |
| ) | Adv No. 2:10-00843 |
| Debtors. ) | |
| ) | |
| WILLIAM LAWRENCE PECK and ) | |
| BARBARA CARRELL CHURCH-PECK, ) | |
| ) | |
| Plaintiffs, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| GOLDMAN SACHS MORTGAGE COMPANY ) | |
| whose address is ) | |
| c/o LITTON LOAN SERVICING LP, ) | (Residence at 7545 E. |
| ) | Hannibal Cr, Mesa, AZ) |
| ) | |
| Defendant. ) | |

I, DOUGLAS B. PRICE, Attorney for Debtors, hereby certify that on the **22nd** day of **May** I caused to be deposited in the United States Mail at Tempe, Arizona, postage thereon prepaid, a copy of the **COMPLAINT TO AVOID 2ND MORTGAGE WHICH IS WHOLLY UNSECURED BY EQUITY IN DEBTORS' RESIDENCE** and the **SUMMONS IN AN ADVERSARY PROCEEDING** addressed to the following individual(s):

   Goldman Sachs Mortgage Company
   c/o Litton Loan Servicing, LP
   4828 Loop Central Drive
   Houston, TX 77081

CT Corporation System
350 N. Saint Paul St.
Dallas, TX 75201
Statutory Agent for Goldman Sachs Mortgage Company

Travis B. Hill
CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN, P.L.L.C.
3300 North Central Avenue
Suite 1900
Phoenix, AZ 85012
Attorney for Goldman Sachs Mortgage Company

    DATED this __24th__ day of May, 2010.

               GREEVES, PRICE & ROETHLER, P.L.C.


                /s/ Douglas B. Price, #7720
                For the Firm
                Attorney for Plaintiffs/Debtors


\\OFFICE\Public\docs\GPR\BK\Scrapeoff\Certificateservice.goldsachs.wpd